GIULIO SANTA BARBARA and Another, Appellants, v. PASQUALE AVALLONE and Others, Defendants, and BANK OF AMERICA NATIONAL ASSOCIATION and THE

NATIONAL CITY BANK OF NEW YORK, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.